**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                      No. 99-4331

MICHAEL EUGENE MILLER,
Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Virginia, at Abingdon.
James P. Jones, District Judge.
(CR-98-4)

Submitted: November 30, 1999

Decided: January 13, 2000

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Monroe Jamison, Jr., Abingdon, Virginia, for Appellant. Robert P.
Crouch, Jr., United States Attorney, S. Randall Ramseyer, Assistant
United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Michael Eugene Miller pled guilty to sending threatening communications through the mail, 18 U.S.C.A. § 876 (West Supp. 1999), threatening to murder a United States magistrate judge, 18 U.S.C. § 115(a)(1)(B) (1994), and escaping from federal custody, 18 U.S.C. § 751(a) (1994). The district court imposed a forty-six month sentence. Following the filing of a timely notice of appeal, Miller's attorney filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). In his brief, counsel states that there are no meritorious grounds for appeal, but raises the following issue: whether the district court imposed sentence in contravention of law or the sentencing guidelines. We have reviewed the record and find that the district court did not clearly err in imposing sentence, including the reduction in sentence for Miller's acceptance of responsibility. See United States v. Miller, 77 F.3d 71, 74 (4th Cir. 1996).

We have examined the entire record in this case in accordance with the requirements of Anders, and find no meritorious issues for appeal. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.

We deny Miller's motions for the appointment of counsel, for the appointment of a private investigator, and for an injunction challenging his prison conditions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED